IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY EARL BUSS,<br>   Petitioner, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL W. HARLOW, et al.,<br>   Respondents. | : | NO. 12-2192 |

## ORDER

LEGROME D. DAVIS, J.

AND NOW, this **21st** day of **August**, 2012, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis
_____
LEGROME D. DAVIS, J.